```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

```
RAHEEM GLENN,                  )
                               )
     Plaintiff,                )
                               )
          v.                   )   Civil Action No. 05-314
                               )   Judge Schwab
DR. BARUA et al.,              )   Magistrate Judge Caiazza
                               )   In Re: Doc. 20
                               )
     Defendants.               )
```

## ORDER

AND NOW, this 21st day of July, 2005;

Defendant Dr. Barua filed a Motion to Dismiss (Doc. 20) and a brief in support;

IT IS HEREBY ORDERED that the Plaintiff shall be allowed until August 22, 2005, to respond to the Motion.

IT IS FURTHER ORDERED that each party shall serve upon the opposing party a copy of every pleading or other document submitted for consideration by the court and shall include on the original document filed with the Clerk of Court a certificate stating the date a true and correct copy of the pleading or document was mailed to each party.  Any pleading or other document received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a certificate of service may be disregarded by the court.

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.

July 22, 2005                     S/Francis X. Caiazza
                                  Francis X. Caiazza
                                  U.S. Magistrate Judge

cc:
Raheem Glenn, EN-5837
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

David M. McQuiston, Esq.
Thomson, Rhodes & Cowie
1010 Two Chatham Center
Pittsburgh, PA 15219

Elizabeth M. Yanelli, Esq,
Pietragallo, Bosick & Gordon
One Oxford Centre
38th Floor
Pittsburgh, PA 15219

Christian D. Bareford
Office of Attorney General
Fifth Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

```
Raheem Glenn, EN-5837
SCI Greene
175 Progress Drive
Waynesburg, PA 15370
```

David M. McQuiston, Esq.
Thomson, Rhodes & Cowie
1010 Two Chatham Center
Pittsburgh, PA 15219