IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RAHEEM GLENN,

    Plaintiff,

v.

DR. BARUA, ET AL.,

    Defendants.

05cv0314
Judge Schwab
Magistrate Judge Caiazza
In Re: Docs. 15,18,20

## MEMORANDUM ORDER

The Plaintiff's complaint was received by the Clerk of Court on March 9, 2006, and was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on February 28, 2006, recommended that the Defendants' Motions to Dismiss, (Docs. 15,18,20), be granted.

The parties were allowed ten days from the date of service to file objections.  Service was made on the Plaintiff by First Class United States Mail delivered to the State Correctional Institution at Greene, Waynesburg, Pennsylvania, where he is incarcerated and on the Defendant.  No objections have been filed.  After review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW, this 20th day of March, 2006,**

IT IS HEREBY ORDERED that the Defendants' Motions to Dismiss (Docs. 15,18,20) are GRANTED. The Clerk is directed to mark this case closed.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 29), dated February 28, 2006, is adopted as the opinion of the court.


                s/Arthur J. Schwab
                Arthur J. Schwab
                U.S. District Court Judge


cc:

Raheem Glenn, EN-5837
SCI Greene
175 Progress Drive
Waynesburg, PA 15370

David M. McQuiston, Esq.
Elizabeth M. Yanelli, Esq,
Christian D. Bareford, Esq.