IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAHEEM GLENN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-314 |
| | ) | |
| v. | ) | Judge Schwab |
| | ) | Magistrate Judge Caiazza |
| DR. BARUA and KEN DIDDLE, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

Raheem Glenn's civil rights suit was commenced with the filing of a petition to proceed *in forma pauperis* on March 9, 2005. The matter was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on June 10, 2008 (Doc. 59), recommended that this action be dismissed for failure to prosecute. The parties were allowed ten days from the date of service to file objections. Service was made on the Plaintiff by First Class United States Mail delivered to his place of incarceration, the State Correctional Institution at Green, located in Waynesburg, Pennsylvania. Objections were due on or before June 26, 2008, but none have been filed.

After de novo review of the pleadings and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 30TH day of June, 2008,

IT IS HEREBY ORDERED that this case is DISMISSED FOR FAILURE TO PROSECUTE. The Clerk is directed to mark this case CLOSED.

The Report and Recommendation of Magistrate Judge Caiazza, (Doc. 59), dated June 10, 2008, is adopted as the opinion of the court.

s/Arthur J. Schwab
Arthur J. Schwab
U.S. District Court Judge

cc:
RAHEEM GLENN
EN-5837
SCI Greene
175 Progress Drive
Waynesburg, PA 15370